IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | No. 09-cr-0781-2 |
| v. | : | |
| | : | **CIVIL ACTION** |
| **ROBERT SAUL** | : | No. 13-cv-6080 |

**O R D E R**

**AND NOW**, this 15th day of July, 2014, upon consideration of Mr. Saul's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Motion," Docket No. 154), the Government's Response thereto (Docket No. 156), and Mr. Saul's Reply (Docket No. 160), and consistent with the accompanying Memorandum, **the Court hereby ORDERS that that—**

1. Mr. Saul's Motion **is DENIED**;

2. **No certificate of appealability shall issue** because reasonable jurists would not debate the Court's ruling under 28 U.S.C. § 2253(c); *and*

3. **The Clerk of Court shall—**

   a. **terminate the Government's Response (Docket No. 156) as a motion** (because, though styled as a motion, it is in fact a response in opposition to Mr. Saul's Motion); *and*

   b. **MARK** the above-captioned civil action **CLOSED** for all purposes, including statistics.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1